UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION
* * * * * * * *

IN RE:

PATRICK JOHN SMIAROWSKI,

    Debtor.
_____/

Case No: DK 18-05143
(Chapter 7 filed 12/12/18)

HON. SCOTT W. DALES
Bankruptcy Judge

## ORDER TO EXTEND DEADLINE FOR TRUSTEE TO OBJECT TO EXEMPTIONS

PRESENT: HONORABLE SCOTT W. DALES

Upon reading the attached Stipulation, IT IS SO ORDERED that the deadline under Bankruptcy Rule 4003(b) for Trustee to object to Debtor's exemptions is extended until April 5, 2019.

Prepared Order:
Thomas C. Richardson, Trustee (P31750)
P.O. Box 51067
Kalamazoo, MI  49005-1067
(269) 349-7415

**END OF ORDER**

**IT IS SO ORDERED.**

Dated February 8, 2019



Scott W. Dales
United States Bankruptcy Judge