Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-05143 SWD  
**Case Name:** SMIAROWSKI, PATRICK JOHN  

**Period Ending:** 05/16/19

**Trustee:** (420390) Thomas C. Richardson  
**Filed (f) or Converted (c):** 12/12/18 (f)  
**§341(a) Meeting Date:** 01/22/19  
**Claims Bar Date:** 05/11/19

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5360 N. Watervliet Road, Watervliet, MI 49098-00 | 400,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2005 Honda Pilot, 174,000 miles, VIN 5FNYF18465B | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2006 Chevy Equinox, 280,000 miles. Entire proper | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Electronics | 650.00 | 0.00 | | 0.00 | FA |
| 6 | Electric Guitar | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 7 | Books, pictures, art work and collectibles | 380.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Edgewater Bank | 5.00 | 31.21 | | 0.00 | 31.21 |
| 11 | Checking: Chemical Bank | 5.00 | 6.37 | | 0.00 | 6.37 |
| 12 | Savings: Chartway Federal Credit Union | 5.00 | 5.00 | | 0.00 | 5.00 |
| 13 | MPD Trucking LLC - No value as debts exceed asse | 0.00 | 0.00 | | 0.00 | FA |
| 14 | State Farm Insurance - Term: Spouse | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Tools (table saw, power saw, carpentry tools, me | 600.00 | 600.00 | | 0.00 | 600.00 |
| 16 | tax refunds  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | wages  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | Assets    Totals (Excluding unknown values) | $411,345.00 | $2,642.58 | | $0.00 | $2,642.58 |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

| **Case Number:** | 18-05143 SWD | **Trustee:** (420390) | Thomas C. Richardson |
| --- | --- | --- | --- |
| **Case Name:** | SMIAROWSKI, PATRICK JOHN | **Filed (f) or Converted (c):** | 12/12/18 (f) |
| | | **§341(a) Meeting Date:** | 01/22/19 |
| **Period Ending:** | 05/16/19 | **Claims Bar Date:** | 05/11/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

5/16/19 - Follow up email to Tom Betker; 4/11/19 - Email from Tom Betker regarding assets; 2/6/19 - Joint claims notice; 1/22/19 - 341 meeting

**Initial Projected Date Of Final Report (TFR):** November 1, 2019    **Current Projected Date Of Final Report (TFR):** November 1, 2019